IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. Action No. 18-22-LPS |
| ) | |
| BREYON D. RICHARDSON and ) | |
| NIJA ARNOLD, ) | |
| ) | |
| Defendants. ) | |

**JOINT STATUS REPORT**

**COMES NOW**, the United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, and Whitney C. Cloud and Graham L. Robinson, Assistant United States Attorney for the District of Delaware, along with Janet Bateman, Esquire, counsel for Breyon Richardson, and Christopher S. Koyste, Esquire, counsel for Nija Arnold, and file a joint status report as follows:

1. On March 27, 2018, a federal Grand Jury for the District of Delaware returned a three-count, Indictment charging the defendant, Breyon Richardson, with being a prohibited person in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), and charging both defendants, Breyon Richardson and Nija Arnold, together, with two counts of making false statements in connection with the attempted acquisition of a firearm, in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2). D.I. 11.

2. On September 7, 2018, the Court ordered the government to file a Joint Status Report by September 12, 2018. D.I. 28. The government has been in contact with the attorneys for both defendants. The parties are working toward a pre-trial

1

resolution. As such, the parties jointly request an additional 30 days to continue their negotiations.

3. The government further requests that the Court exclude the intervening time under the Speedy Trial Act (18 U.S.C. § 3161 *et seq*.). The government submits that the time is excludable because the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h). Counsel for the defendants do not object to the government's request.

                DAVID C. WEISS
                United States Attorney

        By:  */s/ Graham L. Robinson*
                Graham L. Robinson
                Whitney C. Cloud
                Assistant United States Attorneys

Dated:  September 12, 2018